**UNITED STATES of America, Appellee,**

v.

**Ernest Alphonzo WILCOX, Appellant.**

No. 04–3275.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2005.

Decided: Oct. 27, 2005.

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Andrew H. Kahl, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Angela L. Campbell, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Ernest Alphonzo Wilcox appeals the sentence the district court[1] imposed following his guilty plea to bank robbery, in violation of 18 U.S.C. § 2113(a). On appeal, Wilcox argues that the district court erred in not granting him a downward departure under U.S.S.G. § 5K2.12 (coercion and duress), and in not treating two March 8, 1988 state second-degree theft convictions, for which Wilcox received concurrent 5–year prison terms, as a single prior conviction for purposes of calculating his criminal history score.

We conclude that the district court's discretionary decision to deny Wilcox's downward-departure request is unreviewable, *see United States v. Mohr,* 407 F.3d 898, 902 (8th Cir.2005), and that the district court did not err in concluding that Wilcox's two theft convictions were not related, *see* U.S.S.G. § 4A1.2(a)(2), comment. (n.3); *United States v. Newsome,* 409 F.3d 996, 998–99 (8th Cir.2005) (standard of review), *petition for cert. filed,* (U.S. Sept. 6, 2005) (No. 05–6240).

Accordingly, we affirm.

---

1. The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.